### KIST v. R. M. HAAN & CO.

(Supreme Court, Appellate Division, Second Department. June 12, 1908.)

PLEADING—BILL OF PARTICULARS—ACTION FOR PERSONAL INJURIES.

In an action for personal injuries, defendant is entitled to a bill of particulars as to plaintiff's permanent injuries, their nature and extent, the time when she was compelled to take to her bed, and the duration thereof, the amount paid to physicians and for medicines, and the number and character of the operations which she was compelled to submit to.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 39, Pleading, §§ 954–962.]

Appeal from Special Term, Kings County.

Action by Christina Kist against R. M. Haan & Co. From an order denying a motion for a bill of particulars, defendants appeal. Reversed, and motion granted.

Argued before WOODWARD, JENKS, HOOKER, GAYNOR, and MILLER, JJ.

Wales F. Severance, for appellants.

Denis O'Sullivan, for respondent.

PER CURIAM. We think that the defendants were entitled to a bill of particulars with respect to permanent injuries, their nature and extent, the time when she was compelled to take to her bed, and the durations thereof, the amounts paid to physicians and for drugs and medicines, and the number and character of the frequent operations which she was compelled to submit to. Curtin v. Metropolitan Street R. Co., 65 App. Div. 610, 72 N. Y. Supp. 580, cited in English v. Westchester Electric R. Co., 69 App. Div. 576, 75 N. Y. Supp. 45; Ferris

v. Brooklyn Heights Railroad Co., 116 App. Div. 892, 102 N. Y. Supp. 463, and authorities cited.

The order is reversed, with costs, and the motion is granted in the respects indicated, without costs.

Order reversed, with $10 costs and disbursements, and motion granted in the respects indicated without costs.